## Cecil Alan HILL, Plaintiff–Appellant,

v.

## PITT–OHIO EXPRESS, INCORPORATED, Defendant–Appellee.

No. 01–2261.

United States Court of Appeals,
Fourth Circuit.

Submitted March 14, 2002.

Decided March 21, 2002.

Cecil Alan Hill, Appellant Pro Se. John R. Hoblitzell, Kay, Casto & Chaney, Charleston, West Virginia; Sidney R. Steinberg, Ruth R. Schwartz, Post & Schell, P.C., Philadelphia, Pennsylvania, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Cecil Alan Hill appeals the district court's order dismissing his wrongful termination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hill v. Pitt–Ohio Express, Inc.*, No. CA–00–1219 (S.D.W.Va. Sept. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*